# Third District Court of Appeal

## State of Florida

Opinion filed June 2, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1700
Lower Tribunal No. F97-13886B
_____


**Carlos Mandri,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Tanya Brinkley, Judge.

Carlos Mandri, in proper person.

Ashley Moody, Attorney General, for appellee.


Before MILLER, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.